AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __NEW YORK__

IN RE DAVID A. BOVA
        Debtor
USR GROUP, INC.,   Appellant
    V.

DAVID A. BOVA
        Appellee

**JUDGMENT IN A CIVIL CASE**

Case Number:   1:05cv45 (LEK)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the bankruptcy appeal is DENIED and the December 6, 2004 order of the Bankruptcy Court is AFFIRMED, all in accordance with the Memorandum-Decision and Order of the Hon. Lawrence E. Kahn, US District Judge, dated July 7, 2005.

July 7, 2005
Date

LAWRENCE K. BAERMAN
Clerk

s/William J. Griffin
(By) Deputy Clerk